United States District Court
Southern District of Texas
**ENTERED**
November 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETRICIA L. RIVAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-354 |
| | § | |
| GOLD STAR FINANCE, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER TO SHOW CAUSE

The parties have announced to the Court that all matters in dispute and controversy between them have been fully and finally compromised and settled. The parties further announced their desire to discontinue any further prosecution of this litigation and their intention to jointly request dismissal of this action. Therefore,

**IT IS HEREBY ORDERED** that the parties shall have until January 13, 2022, to file appropriate dismissal documents with this Court disposing of this matter. Should the parties fail to timely file such documents with this Court, the parties are **HEREBY ORDERED** to appear before this Honorable Court on the January 14, 2022, at 9:30 a.m. to show cause why they have failed to comply with this Order.

All current settings are hereby cancelled. All pending motions are denied without prejudice as mooted by the settlement announced in this cause.

SO ORDERED November 12, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge